BERNARD J. EVERETT
J. BEN EVERETT
EVERETT LAW, PLLC
Attorneys at Law
P. O. Box 969
217 Park Avenue
Anaconda, Montana  59711
Telephone:  (406) 563-5005
Fax:  (406) 563-0380
jbeneverett@everettlawpllc.com
mojo@everettlawpllc.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SABINE STRONG,<br><br>        Plaintiff,<br>v.<br><br>ANACONDA SCHOOL DISTRICT 10,<br><br>        Defendant. | Cause No. CV-15-41-BU-SEH<br><br>Notice of Settlement |

   Plaintiff hereby notifies the Court that the above-captioned Complaint and action has been fully and finally compromised and settled upon the merits, with each party to bear its own costs and fees. A Stipulation and proposed form of Order will be filed within 30 days.

*1*    Notice of Settlement

DATED THIS 18th DAY OF AUGUST, 2016.

EVERETT LAW, PLLC

By: /s/ J. Ben Everett
Attorneys for Plaintiff

2   Notice of Settlement

# CERTIFICATE OF SERVICE

I, J. Ben Everett, of the law firm of EVERETT LAW, PLLC, do hereby certify that on the 18th day of August, 2016, I caused to be served the foregoing document in the above matter this date to:

| | |
|---|---|
| 1,2 | CM/ECF |
| ____ | Hand Delivery |
| ____ | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| 2 | E-Mail |

1. Clerk, U.S. District Court
2. Tony C. Koenig
   Montana School Boards Association
   863 Great Northern Blvd., Suite 301
   Helena, Montana  59601
   Telephone:  (406) 442-2180
   Facsimile:  (406) 442-2194


By:   /s/ J. Ben Everett
Attorneys for Plaintiff


*3*   Notice of Settlement