**FILED**

SEP 26 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SABINE STRONG, | Cause No. CV-15-41-BU-SEH |
| Plaintiff, | |
| vs. | |
| ANACONDA SCHOOL DISTRICT 10, | ORDER |
| Defendant. | |

The parties have filed a Stipulation for Dismissal by which counsel for the parties stipulate to having reached a full and final settlement of all matters at issue in this case, and by which the parties jointly request dismissal of this matter with prejudice. Having reviewed the stipulation and the file, the Court finds good cause for dismissal,

ORDERED:

The above-entitled cause of action is hereby DISMISSED WITH PREJUDICE as fully and finally settled between the parties with each party to bear their own costs and attorneys' fees.

DATED this 26th day of September, 2016.

SAM E. HADDON
United States District Judge

1